**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DAVID LEE ALLEN NEUHRING
ADC # 120517                                                     PLAINTIFF

V.                      5:06CV00094 JLH/HDY

LARRY NORRIS, Director, Arkansas Department of Correction;
GALAND LAY, Warden, Cummins Unit; and
LARRY TEMPAL, Dairy Farm Supervisor, Cummins
Unit, Arkansas Department of Correction                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 1st day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE